IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 17-70871-JAD |
| WILLIAM R. COMPTON, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Wage Attachment Order dated December 27, 2017, Doc. No. 16, and Local Form No. 12 were sent by regular mail on December 28, 2017, addressed as follows:

Brewer & Company of WV, Inc.
3601 7th Avenue
Charleston, WV 25387


Dated: December 28, 2017      /s/ Natasha C. Alejandro
                                            NATASHA C. ALEJANDRO, ESQUIRE
                                            Pa. Id. No. 316860
                                            Attorney for Debtor

                                            BARTIFAY LAW OFFICES, P.C.
                                            3134 Lillian Avenue
                                            Murrysville, PA 15668
                                            (412) 824-4011
                                            nalejandro@bartifaylaw.com