IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 17-70871-JAD |
| WILLIAM R. COMPTON, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Wage Attachment Order dated February 26, 2018, Doc. No. 28, and Local Form No. 12 were sent by regular mail on February 27, 2018, addressed as follows:

Brewer & Company of WV, Inc.
3601 7th Avenue
Charleston, WV 25387


Dated: February 27, 2018        /s/ Natasha C. Alejandro
                                                  NATASHA C. ALEJANDRO, ESQUIRE
                                                  Pa. Id. No. 316860
                                                  Attorney for Debtor

                                                  BARTIFAY LAW OFFICES, P.C.
                                                  3134 Lillian Avenue
                                                  Murrysville, PA 15668
                                                  (412) 824-4011
                                                  nalejandro@bartifaylaw.com