Certificate Number: 16339-PAW-DE-030932509

Bankruptcy Case Number: 17-70871



16339-PAW-DE-030932509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2018, at 6:17 o'clock PM EDT, William Compton completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 24, 2018            By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:   Certified Financial Counselor