IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 17-70871-JAD |
| WILLIAM R. COMPTON, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Order Terminating Wage Attachment dated March 18, 2022, Doc. No. 45, and Local Form No. 12 were sent by regular mail on March 18, 2022, addressed as follows:

Brewer & Company of WV, Inc.
Attn. Payroll Administrator
3601 7th Avenue
Charleston, WV 25387

Dated: March 18, 2022            /s/ Glenn R. Bartifay
                                 GLENN R. BARTIFAY, ESQUIRE
                                 Pa. Id. No. 68763
                                 Attorney for Debtor/Movant

                                 BARTIFAY LAW OFFICES, P.C.
                                 2009 Mackenzie Way, Suite 100
                                 Cranberry Township, PA 16066
                                 (412) 824-4011
                                 gbartifay@bartifaylaw.com