IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 17-70871-JAD |
| WILLIAM R. COMPTON, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Wage Attachment Order dated March 18, 2022, Doc. No. 46, and Local Form No. 12 were sent by regular mail on March 18, 2022, addressed as follows:

VFP Fire Systems
Attn: Payroll Administrator
525 19th St. West
Huntington, WV 25704

Dated: March 18, 2022          /s/ Glenn R. Bartifay
                                                GLENN R. BARTIFAY, ESQUIRE
                                                Pa. Id. No. 68763
                                                Attorney for Debtor/Movant

                                                BARTIFAY LAW OFFICES, P.C.
                                                2009 Mackenzie Way, Suite 100
                                                Cranberry Township, PA 16066
                                                (412) 824-4011
                                                gbartifay@bartifaylaw.com