**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William R Compton**
Debtor(s)

Bankruptcy Case No.: 17−70871−JAD

Chapter: 13
Docket No.: 59 − 58

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of January, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/20/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/29/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/20/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70871-JAD |
| William R Compton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R Compton, 579 Pine Ridge Road, Bedford, PA 15522-5207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14743326 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 28 2023 00:15:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14743327 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14764708 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 28 2023 00:15:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14743328 | + | Email/Text: ccusa@ccuhome.com | Jan 28 2023 00:15:00 | Credit Coll/usa, 16 Distributor Dr Ste 1, Morgantown, WV 26501-7209 |
| 14749488 | | Email/Text: camanagement@mtb.com | Jan 28 2023 00:15:00 | M&T Bank, 1201 National Highway, Lavale, MD 21502 |
| 14743841 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:17:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14743329 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 28 2023 00:16:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 14770592 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 28 2023 00:17:06 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14743330 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 28 2023 00:17:16 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 10 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

**Name**                              **Email Address**

Brian Nicholas
  on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Glenn R. Bartifay
  on behalf of Debtor William R Compton gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 4